UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No.  24-CR-0059-LTS

LUIS DEJESUS,                                        ORDER

       Defendant.

-------------------------------------------------------x

       An initial pretrial conference in this case is scheduled to proceed on February 7, 2024, at 12:00 p.m., in Courtroom 17C.

       The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding, at least 48 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York                     /s/ Laura Taylor Swain
      January 31, 2024                          LAURA TAYLOR SWAIN
                                                  Chief United States District Judge