

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

# **MEMO ENDORSED**

May 10, 2024

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Luis DeJesus*, 24 Cr 59 (LTS)

Dear Judge Swain:

    Defendant Luis DeJesus has expressed, through counsel, his intent to plead guilty in the above-captioned case, pursuant to an agreement with the Government. The parties are available to proceed with a change of plea hearing on the following of the Court's available dates:

- May 17, 2024 at 10 AM
- May 20, 2024 at 12 PM

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    by: *Ashley C. Nicolas*
    Ashley C. Nicolas
    Assistant United States Attorney

cc:    Grainne O'Neill
        Counsel for Luis DeJesus

The foregoing request is granted. The change of plea hearing is scheduled for May 20, 2024, at 12:00 p.m.
DE 17 resolved.
SO ORDERED.
5/13/24
/s/ Laura Taylor Swain, Chief USDJ