**O'NEILL / HASSEN**                                                          Attorneys at Law

# **MEMO ENDORSED**

June 25, 2024

<u>VIA ECF and Email</u>
Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        RE: *United States v. Luis DeJesus,* 24 Cr. 59 (LTS)

Dear Judge Swain:

    I represent Luis DeJesus in the above-captioned case. Mr. DeJesus is scheduled to be sentenced September 5, 2024. He is currently incarcerated in MDC. When he was arrested, he relinquished his passport and I believe it is in the possession of pretrial services. I also understand that pretrial requires an order from the Court to facilitate the return of a passport.

    I am writing with no objection from the government to request that the Court order pretrial to return Mr. DeJesus's passport to me, so I can provide it to his wife.

    I thank the Court for its attention to this matter.

                                     Respectfully submitted,

                                     /s/

                                   Grainne E. O'Neill

The foregoing request is granted. DE 27 resolved.
SO ORDERED.
6/25/24
/s/ Laura Taylor Swain, Chief USDJ

**1 /** P (646) 808-0997      **4 /** www.oandh.net
**2 /** F (212) 203-1858      **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net    **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA

O / H