

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 14, 2024

**VIA ECF**

The Honorable Laura T. Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Luis DeJesus*, 24 Cr. 59 (LTS)

Dear Judge Swain:

The parties submit this joint letter to request a brief adjournment of the sentencing and related deadlines in the above-captioned case. Sentencing is currently scheduled for September 5, 2024. The Court has proposed September 26, 2024 at 2:30 as the new sentencing date in this matter. Both parties ae available and respectfully request that sentencing be scheduled for that date and time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Ashley C. Nicolas
Assistant United States Attorney

cc:   Grainne O'Neill, Esq. (Counsel to Luis DeJesus)

---

The foregoing request is granted.  The sentencing hearing in this case, previously scheduled for September 5, 2024, at 11:30 AM is hereby adjourned to **September 26, 2024, at 2:30 PM** in Courtroom 17C.
DE 31 resolved.
SO ORDERED.
August 14, 2024
/s/ Laura Taylor Swain, Chief USDJ