

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 19, 2024

# **MEMO ENDORSED**

**BY ECF**
Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Luis DeJesus*, 24 Cr. 59 (LTS)

Dear Judge Swain:

    The Government respectfully submits this letter to request a 24-hour extension of its deadline to file a sentencing submission in the above-captioned case. Due to the crush of business as well as personal circumstances outside of counsel's control, the Government cannot comply with the current deadline. Thank you for your consideration of this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: *[signature]*
    Ashley C. Nicolas
    Assistant United States Attorneys
    (212) 637-2467

The foregoing request is granted. DE 35 resolved.
SO ORDERED.
9/20/24
/s/ Laura Taylor Swain, Chief USDJ