**O'NEILL / HASSEN**　　　　　　　　　　　　　　　　　　　　Attorneys at Law

# **MEMO ENDORSED**

September 26, 2024

<u>VIA ECF and Email</u>
Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Luis DeJesus,* 24 Cr 59 (LTS)

Dear Judge Swain:

I am writing to request that the Court seal the sentencing submission and associated letters that I filed on the public docket, ECF #34. I request the sealing because the submission and letters contain the names of minor children. I request permission to file an updated redacted version on the public docket.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

The foregoing request is granted.  The Clerk of Court is respectfully directed to seal DE 34 with party-level access only. Defense counsel is (1) directed to promptly file the submission with the proposed redactions, in compliance with the undersigned's Individual Practices 4B, and (2) to bring a hard copy of the unredacted submission to sentencing for filing under seal. DE 40 resolved.
SO ORDERED.
9/26/24
/s/ Laura Taylor Swain, Chief USDJ

1 / P (646) 808-0997　　4 / www.oandh.net
2 / F (212) 203-1858　　5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net　　6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA